UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JUSTIN GOLDMAN, | | |
| | Plaintiff, | |
| -against- | | 1:26-CV-2425 (LTS) |
| DIARIO AS, S.L., | | ORDER OF DISMISSAL |
| | Defendant. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated March 30, 2026, the Court directed Plaintiff, within 30 days, to submit a completed request to proceed *in forma pauperis* ("IFP" or "IFP application") or pay the fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order. The Court also directs the Clerk of Court to mail copies of this order and of the accompanying judgment to Plaintiff's address of record.

SO ORDERED.

Dated:  May 7, 2026
       New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge